# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATRINA L. CALLAWAY, on Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE NORTHERN TRUST COMPANY; THE NORTHERN TRUST COMPANY EMPLOYEE BENEFIT ADMINISTRATIVE COMMITTEE; and DOES 1-30, <br><br> Defendants. | No. 1:20-cv-6497 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Katrina L. Callaway, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the Amended Complaint against Defendants, without prejudice.

Defendants have filed neither an answer to the Amended Complaint nor a motion for summary judgment as to these claims. Plaintiff respectfully submits that dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

DATED: March 12, 2021

Respectfully Submitted,

By: */s/ Elena N. Liveris*

Michael M. Mulder
Elena N. Liveris
THE LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
Telephone: (312) 263-0272

mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com

Garrett W. Wotkyns (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
8068 East Del Acero Drive
Scottsdale, AZ 85258
Telephone: 480-889-3514
gwotkyns@scott-scott.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on March 12, 2021, and that all parties are represented by counsel of record registered with the CM/ECF system.

                                                  */s/ Elena N. Liveris*